# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| DEREK KOCH, | ) | CASE NO.: 4:10CV1828 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN ADAMS |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | (Resolves Doc. 17) |

This matter comes before the Court on a second Report & Recommendation of Magistrate Judge Limbert.  The Report recommends granting the parties' second joint motion for remand.  On January 28, 2011, this Court rejected an initial Report and indicated that any further Report needed to specify sufficient reasons to justify remand.  The current Report has provided specific details that justify granting the parties' joint motion.  Accordingly, the Report is hereby ADOPTED IN WHOLE.  The parties' joint motion for remand (Doc. 17) under sentence four of 42 U.S.C. §405(g) is GRANTED.  This matter is hereby REMANDED to the Commissioner for rehearing.

IT IS SO ORDERED.

Dated: March 25, 2011  /s/ John R Adams
JUDGE JOHN R. ADAMS
UNITED STATES DISTRICT JUDGE